IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES JOHN TISDALE, IV, :
   Plaintiff :
 : No. 1:19-cv-1022
   v. :
 : (Judge Rambo)
DR. EDWARD ZALOGA, *et al.*, :
   Defendants :

## ORDER

**AND NOW**, on this 30th day of November 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 23) is **DENIED**;

2. Defendants are **DIRECTED** to file their answer to the complaint (Doc. No. 1) within fourteen (14) days of the date of this Order; and

3. Plaintiff is **GRANTED** a thirty (30)-day extension from the date of this Order to file a certificate of merit in support of any medical malpractice claims he may be raising. Plaintiff is advised that if he fails to file a certificate of merit, his medical malpractice claims may be subject to dismissal pursuant to Rule 1042.6(b) of the Pennsylvania Rules of Civil Procedure.

                                                     s/Sylvia H. Rambo
                                                     Sylvia H. Rambo
                                                     United States District Judge