IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES JOHN TISDALE, IV, :
    Plaintiff :
  : No. 1:19-cv-1022
    v. :
  : (Judge Rambo)
DR. EDWARD ZALOGA, *et al.*, :
    Defendants :

## ORDER

**AND NOW**, on this 31st day of March 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 42) is **DENIED**. The above-captioned case shall proceed on Plaintiff's Eighth Amendment claims against Defendants Dr. Zaloga and Ianuzzi; and

2. The parties are directed to file any dispositive motions within forty-five (45) days of April 30, 2020, the date on which discovery closes.

                                s/ Sylvia H. Rambo
                                United States District Judge