IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES JOHN TISDALE IV,** | : | |
| Plaintiff | : | |
| | : | No. 1:19-cv-1022 |
| v. | : | |
| | : | (Judge Rambo) |
| **DR. EDWARD ZALOGA,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 19th day of January 2021, for the reasons set forth in the Memorandum accompanying this Order, as well as for the reasons set forth in the Court's November 18, 2020 Memorandum and Order (Doc. Nos. 75, 76), **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 58) is **GRANTED** as to Plaintiff's Eighth Amendment claim concerning Defendants' failure to monitor his Dilantin levels;

2. Now that the Court has granted the motion for summary judgment in its entirety, the Clerk of Court is directed to enter judgment in favor of Defendants Dr. Edward Zaloga and Anthony Ianuzzi and against Plaintiff James John Tisdale, IV; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge